| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Antonina H. Batten<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7246<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  11–37682–JNP | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Antonina H. Batten

   4/10/17                                     **By the court:** Jerrold N. Poslusny Jr.
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                            Case No. 11-37682-JNP
Antonina H. Batten                                                Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 3                   Date Rcvd: Apr 10, 2017
                              Form ID: 3180W               Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db           +Antonina H. Batten,    413 N. Warwick Rd.,    Magnolia, NJ 08049-1321
512377466    #+Advanced Cardiology of South Jersey,    520 Becket Road Suite 300,    Swedesboro, NJ 08085-1732
512377469    +American Homecare Supply,    2170 Union Road,    West Seneca, NY 14224-1477
512377471    +Apex Asset Management,   Re: Virtua Health System West,    1891 Santa Barbara Drive,
               Lancaster, PA 17601-4106
512377470    +Apex Asset Management,   Re: The Womens Group OBGYN,    1891 Santa Barbara Drive,
               Lancaster, PA 17601-4106
512377474    +Begelman, Orlow, & Melletz,    Cherry Hill Professional Building,    411 Route 70 East Suite 245,
               Cherry Hill, NJ 08034-2414
512901245    +Buividas, Batten, Rifkin and Company Inc,    907 Berlin Road,    Cherry Hill, NJ 08034-3512
512377476    +CACV of New Jersey LLC,    2200 Fletcher Ave. 5th Floor,    Fort Lee, NJ 07024-5016
512377484     COPD Services,    PO Box 983123,    Boston, MA 02298-3123
512377477     Cardiac Interpretation Services,    PO Box 416409,    Boston, MA 02241-6409
512901246    +David S. Rifkin,    1635 So. Bowling Green Drive,    Cherry Hill, NJ 08003-3633
512377488     Dr. Michael B Hondrychs, DMD,    180 Route 73,    1202 Sturbridge Office Park,
               Voorhees, NJ 08043
512377493     GMAC Mortgage,    Attn: Customer Care,    PO Box 4622,    Waterloo, IA 50704-4622
512377492    +General Medical Associates PA,    725 N Highway A1A,    Suite C112-113,    Jupiter, FL 33477-4571
512901247    +James T. Buividas,    646 Preston Road,    Somerdale, NJ 08083-2122
512901248    +James T. Buividas,    907 Berlin Road,    Cherry Hill, NJ 08034-3512
512377494    +Jeff A. Schnepper & Associates,    224 Mimosa Drive,    Cherry Hill, NJ 08003-1344
512377495     John M. Makowski Esq.,    Greentree Executive Campus,    4003 Lincoln Drive West Suite C,
               Marlton, NJ 08053-1523
512377497    +Nationwide Credit Inc.,    2015 Vaughn Road NW STE 30,    Kennesaw, GA 30144-7802
512377499    +Neuheisel Law Firm, P.C.,    1501 W Fountainhead Parkway,    Suite 130,    Tempe, AZ 85282-1918
512377500    +Pressler and Pressler LLP,    RE: DC 011904-11 Discover Bank,    7 Entin Road,
               Parsippany, NJ 07054-5020
512377501    +Rancocas Anesthesiologist,    PO Box 1568,    Mt. Laurel, NJ 08054-7568
512377502    +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
512377503    +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
512688452    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ  08695-0245)
512377506    +Sherman, Silverstein Attorneys at Law,    308 Harper Drive,    Moorestown, NJ 08057-3245
512377507    +South Jerseey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
512377508     State of New Jersey,    Department of Treasury,    PO Box 445,    Trenton, NJ 08695-0445
512377509    +TD Bank NA,    Attn: Danielle Duval, AVP,    15 Monument Square,    Leominster, MA 01453-5711
512597884    +The Women’s Group for OBGYN,    PO Box 7044,    Lancaster, PA 17604-7044
512377510    +The Womens Group for OBGYN,    2301 E. Evesham Road Suite 122,    Voorhees, NJ 08043-4509
512377511     Thomas C Fahnestock,    226 Virginia Ave.,    Mount Laurel, NJ 08054
512377512    +United Collection Bureau,    5620 Southwyck Blvd. Suite 206,    Toledo, OH 43614-1501
512377513    +Valentine & Kebartas Inc.,    RE: Chase Bank USA NA,    PO Box 325,    Lawrence, MA 01842-0625
512377514     Virtua,    PO Box 7009,    Bellmawr, NJ 08099-7009
512377515     Virtua-West Jersey Hospital,    PO Box 6010,    Bellmawr, NJ 08099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2017 22:32:43      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2017 22:32:39       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
512377467     EDI: AMEREXPR.COM Apr 10 2017 22:08:00      American Express Optima,    Customer Service,
               777 American Expressway,    Fort Lauderdale, FL 33337-0001
512377468     EDI: AMEREXPR.COM Apr 10 2017 22:08:00      American Express Travel Related Service,
               4315 South 2700 West,    Salt Lake City, UT 84184-2145
512569847    +EDI: OPHSUBSID.COM Apr 10 2017 22:08:00      BACK BOWL I LLC, SERIES B,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512389714     EDI: BANKAMER2.COM Apr 10 2017 22:08:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
512377490     EDI: BANKAMER.COM Apr 10 2017 22:08:00      FIA Card Services,
               Attn: Manager Bankruptcy Department,    1100 North King Street,    Wilmington, DE 19884
512377473    +EDI: BANKAMER2.COM Apr 10 2017 22:08:00      Bank of America,    PO Box 17054,
               Wilmington, DE 19850-7054
512377472     EDI: BANKAMER.COM Apr 10 2017 22:08:00      Bank of America,    PO Box 15026,
               Wilmington, DE 19850-5026
512377475    +EDI: STFC.COM Apr 10 2017 22:08:00      CACV LLC,    4340 S Monaco Street, Unit 2,    Suite 5000,
               Denver, CO 80237-3581
512514558    +EDI: OPHSUBSID.COM Apr 10 2017 22:08:00      Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,
               2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512377478    +EDI: CHASE.COM Apr 10 2017 22:08:00      Chase Bank USA NA,    800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
512499728     EDI: CHASE.COM Apr 10 2017 22:08:00      Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Apr 10, 2017
                              Form ID: 3180W           Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
512377479       EDI: CHASE.COM Apr 10 2017 22:08:00      Chase Bank USA, NA,    200 White Clay Center Drive,
                 Newark, DE 19711-5466
512377480       EDI: CHASE.COM Apr 10 2017 22:08:00      Chase Cardmember Service,    PO Box 15298,
                 Wilmington, DE 19850-5298
512377481      +EDI: CITICORP.COM Apr 10 2017 22:08:00     Citi Cards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
512377482       EDI: CITICORP.COM Apr 10 2017 22:08:00     CitiBank SD NA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
512377483      +EDI: CITICORP.COM Apr 10 2017 22:08:00     CitiBank SD NA,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
512377487       EDI: DISCOVER.COM Apr 10 2017 22:08:00     Discover Card,    12 Reads Way,
                 New Castle, DE 19720-1649
512377486       EDI: DISCOVER.COM Apr 10 2017 22:08:00     Discover Card,    PO Box 15316,
                 Wilmington, DE 19850
512390805       EDI: DISCOVER.COM Apr 10 2017 22:08:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
512377489       EDI: BANKAMER.COM Apr 10 2017 22:08:00     FIA Card Services,    PO Box 15026,
                 Wilmington, DE 19850-5026
512377485       EDI: IRS.COM Apr 10 2017 22:08:00      Department of the Treasury,    Internal Revenue Service,
                 Cincinnati, OH 45999-0030
512516361      +EDI: OPHSUBSID.COM Apr 10 2017 22:08:00     OAK HARBOR CAPITAL III LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512920649       EDI: PRA.COM Apr 10 2017 22:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541
512673798       EDI: PRA.COM Apr 10 2017 22:08:00      Portfolio Recovery Associates, LLC,
                 c/o Citibank South Dakota, N.a.,    POB 41067,    Norfolk VA 23541
512512014       EDI: Q3G.COM Apr 10 2017 22:08:00      Quantum3 Group LLC as agent for,
                 World Financial Network National Bank,    PO Box 788,    Kirkland, WA 98083-0788
512377504       EDI: SEARS.COM Apr 10 2017 22:08:00      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
512377505      +EDI: SEARS.COM Apr 10 2017 22:08:00      Sears CBSD,    8725 W. Sahara Ave.,    MCO2-02-03,
                 The Lakes, NV 89163-0001
512377518      +EDI: WFNNB.COM Apr 10 2017 22:08:00      WFNNB / Fashion Bug VISA,    PO Box 182789,
                 Columbus, OH 43218-2789
512430834      +EDI: WFFC.COM Apr 10 2017 22:08:00      Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
512377517      +EDI: WFFC.COM Apr 10 2017 22:08:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
512377516       EDI: WFFC.COM Apr 10 2017 22:08:00      Wells Fargo Dealer Services,    PO Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512377491     ##+Frederick J Hanna & Associates P C,    1427 Roswell Road,    Marietta, GA 30062-3668
512377498      ##Nationwide Credit Inc.,    3835 N Freeway Blvd. Ste 115,    Sacramento, CA 95834-1977
512377496      ##Nationwide Credit Inc.,    4700 Vestal Parkway E.,    Vestal, NY 13850-3770
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 3 of 3              Date Rcvd: Apr 10, 2017
                              Form ID: 3180W             Total Noticed: 69
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Ocwen Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joel A. Ackerman     on behalf of Creditor    GMAC Mortgage, LLC bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman     on behalf of Creditor    Ocwen Loan Servicing, LLC jackerman@zuckergoldberg.com
              S. Daniel Hutchison     on behalf of Debtor Antonina H. Batten sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r3902
               6@notify.bestcase.com
              Steven K. Eisenberg     on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```