

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| --- | --- |
| In Re:<br><br> Antonina H. Batten | |

Case No.: _____11-37682_____

Chapter: _____13_____

Judge: _____Poslusny_____

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: _4/12/17_____          /S/ Judge Jerrold N. Poslusny Jr._____
                                                    Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____E/F_____

or to the List of Creditors on _____04/11/2017_____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or

party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days

after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not

later than 14 days after the date of this Order, the following:

1.    A copy of the applicable *Notice of Chapter* ____13____ *Bankruptcy Case,* and

2.    In a Chapter 11 case:
      a) a copy of the last modified plan and disclosure statement, if any, and
      b) a copy of any order approving the adequacy of the disclosure statement and/or
         the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:
      a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
      b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the

debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above

requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 11-37682-JNP
Antonina H. Batten                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: Apr 12, 2017
                              Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
```
db            +Antonina H. Batten,    413 N. Warwick Rd.,    Magnolia, NJ 08049-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                          TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
```
          Brian C. Nicholas    on behalf of Creditor   Ocwen Loan Servicing, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joel A. Ackerman    on behalf of Creditor   GMAC Mortgage, LLC bankruptcynotice@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor   Ocwen Loan Servicing, LLC jackerman@zuckergoldberg.com
          S. Daniel Hutchison    on behalf of Debtor Antonina H. Batten sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r3902
           6@notify.bestcase.com
          Steven K. Eisenberg    on behalf of Creditor   Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                          TOTAL: 8
```